# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandria Koenig,<br><br>         Plaintiff,<br><br>v.<br><br>Strategic Towing & Recovery LLC, et al.,<br><br>         Defendants. | **NO. CV-18-01180-PHX-JZB**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Strategic Towing & Recovery, LLC, Strategic Group, LLC, and Chad Elliget in the amount of $12,266.80, plus post-judgment interest for damages.

Brian D. Karth
District Court Executive/Clerk of Court

September 13, 2018

By   s/ Michelle Sanders
     Deputy Clerk